# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRENDA B. MENDOZA, | ) | Case No. 2:16-cv-1921-JCM-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| | ) | |
| ALLIED COLLECTION SERVICES, et al., | ) | (Docket No. 6) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is Andy Mendoza's Motion to Intervene for the Limited Purpose of Moving to Consolidate. Docket No. 6. The deadline to respond was September 23, 2016. *See* LR 7-2(b). To date, Defendants have not responded to Mr. Mendoza's motion.

Accordingly, the Court hereby **GRANTS** Mr. Mendoza's Motion to Intervene, Docket No. 6, as unopposed. *See* LR 7-2(d).

IT IS SO ORDERED.

Dated: September 30, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge