# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA B. MENDOZA, | Case No. 2:16-cv-01921-JCM-NJK |
| Plaintiff, | |
| vs. | ORDER |
| ALLIED COLLECTION SERVICES, INC., et al., | |
| Defendants. | |

Pending before the court is a notice of settlement between Plaintiff and Defendant Selene Finance, LP. Docket No. 23. The Court hereby **GRANTS** the parties' request that all pending dates and filing requirements as to Defendant Selene Finance LP be vacated. The Court hereby **ORDERS** the parties to file a stipulation of dismissal no later than November 23, 2016.

IT IS SO ORDERED.

Dated: October 24, 2016

NANCY J. KOPPE
United States Magistrate Judge